UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS, | Case No.: 2:23-cv-01532-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| STORAGE PROPERTIES, INC., | |
| Defendant | |

On August 2, 2024, the clerk of court entered a notice advising plaintiff William Eddins that if he did not take action in this case within 30, days, the court would dismiss the case for lack of prosecution. ECF No. 6. Eddins promptly moved for entry of default, which the clerk of court entered. ECF Nos. 7, 8. However, the case has again languished with no activity since that time.

I THEREFORE ORDER that by February 21, 2025, plaintiff William Eddins shall move for default judgment or I will dismiss this case without prejudice for failure to prosecute.

DATED this 3rd day of February, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE