UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS, | Case No.: 2:23-cv-01532-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| STORAGE PROPERTIES, INC., | |
| Defendant | |

On August 2, 2024, the clerk of court entered a notice advising plaintiff William Eddins that if he did not take action in this case within 30 days, the court would dismiss the case for lack of prosecution. ECF No. 6.  Eddins promptly moved for entry of default, which the clerk of court entered. ECF Nos. 7, 8.  However, the case again languished with no activity since that time, so I ordered Eddins to move for default judgment by February 21, 2025 or I would dismiss this case without prejudice for failure to prosecute. ECF No. 9.  Eddins did not move for default judgment.

I THEREFORE ORDER that plaintiff William Eddins' complaint (ECF No. 1) is DISMISSED without prejudice for failure to prosecute.  The clerk of court is instructed to close this case.

DATED this 27th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE